IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DAMON MITCHELL, | § | |
| *Plaintiff*, | § | |
| v. | § | Civil Action No. 5:23-cv-207 |
| SCHILLI CORPORATION, d/b/a BULK TRANSPORT COMPANY, | § | |
| *Defendant*. | § | |

### ORDER OF DISMISSAL WITH PREJUDICE

The Joint Stipulation of Dismissal is GRANTED.

IT IS HEREBY ORDERED that all of the claims of Plaintiff Damon Mitchell ("Plaintiff") in the above-referenced cause of action are HEREBY DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. This dismissal coming through mutual agreement, the parties will each bear their own costs of court and legal fees.

This is a final judgment that disposes of all claims and is appealable.

It is SO ORDERED.

Signed this 4th day of January, 2024.

_____
Judge Presiding